UNITED STATES of America,
Plaintiff–Appellee,

v.

Daniel ABREU–JIMENEZ, a.k.a.
Danny, Defendant–
Appellant.

No. 11–15517
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 29, 2012.

Wifredo A. Ferrer, Kelly S. Karase, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Jose Rafael Rodriguez, Law Offices of J. Rafael Rodriguez, Miami, FL, Daniel Abreu–Jimenez, FDC Miami–Inmate Legal Mail, Miami, FL, for Defendant–Appellant.

Before BARKETT, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Jose Rafael Rodriguez, appointed appellate counsel for Daniel Abreu–Jimenez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Abreu–Jimenez's convictions and sentences are **AFFIRMED**.